# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>---<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>                    Plaintiff,<br><br>        -against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>                    Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

**Notice of Submission by Respondent Foley & Lardner LLP of Order Entered by U.S. District Judge James Moran directing that Petitioner GL Trade Americas, Inc. Withdraw its motion to compel filed in this Court and to <u>Present the motion to the U.S. District Court in Illinois</u>**

The U.S. District Court for the Northern District of Illinois is coordinating discovery in a series of patent infringement suits commenced by Trading Technologies International, Inc. ("TT") with respect to two patents. The coordinated discovery includes Civil Action No. 05 C 4120 (N.D. Ill.), which is TT's civil action against Petitioner GL Trade Americas, Inc. (f/k/a GL Consultants. Inc.) ("GL"). The coordinated suits have been before the Honorable James B. Moran, U.S. District Judge (N.D. Ill.), and Foley & Lardner LLP ("F&L") represents TT in several of those other suits.

The federal district court in Chicago, when advised on July 6, 2006 that GL had brought this motion to compel discovery against F&L in this Court in connection with those patent

infringement suits, ordered GL to withdraw its motion to compel from this Court and to present the issue for resolution in the federal court in Chicago because Judge Moran has been intimately involved in these patent issues for many months. The Court's Order stated:

> MINUTE entry before Judge James B. Moran: Status hearing held. GL's and FuturePath's renewed motion for a protective order was heard. Trading Technologies' motion for entry of a protective order was heard [108]. Parties to file a blueprint of the current disputes regarding the protective order with the Court. *GL's and FuturePath's motion to compel against Foley and Lardner will be withdrawn from the District Court for the District of Columbia and submitted to this Court.* Trading Technologies to respond by July 12, 2006. Defendants reply due July 17, 2006. (ar, )

Order (filed July 6, 2006; entered July 7, 2006)(Attached as Exhibit A)(emphasis added)).

This explicit ruling was based upon a colloquy with counsel (including counsel at Alston & Bird LLP) at the July 6 hearing. F&L, which has offices in Chicago and Washington, D.C., agreed on the record that the discovery motion should be heard by Judge Moran in the Northern District of Illinois. (The transcript of the status hearing has not yet been provided to F&L by the court stenographer).

GL did not file the District Court's Order entered in Chicago in this Court or otherwise inform this Court of its contents, although the Order was provided electronically on July 7 to its counsel at Alston & Bird LLP. Instead, GL filed a document with this Court on July 7 entitled "GL Trade Americas, Inc.'s Notice of Activity in Related Case" which made no reference to Judge Moran's Order.

When counsel for F&L requested counsel for GL to supplement its filing in light of the order, GL's counsel declined. (A copy of this email correspondence between counsel on July 7 is attached as Exhibit B.) Accordingly, F&L respectfully submits the Order issued by the U.S. District Court for the Northern District of Illinois.

CHI2_643639.1

                                                   Respectfully submitted,

                                                  Foley & Lardner LLP

                                                  By   /s/  David T. Ralston, Jr._____
                                                             David T. Ralston, Jr.
                                                              D.C. Bar No. 104305

Dated: July 10, 2006

Kenneth Krosin
D.C. Bar No. 114330
David T. Ralston, Jr.
D.C. Bar No. 104305
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 500
Washington, DC 20007-5143
(202) 672-5300

3

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2006, I served a true and correct copy of the foregoing **Notice of Submission by Respondent Foley & Lardner LLP of Order Entered by U.S. District Judge James Moran directing that Petitioner GL Trade Americas, Inc. withdraw its motion to compel filed in this Court and to present the motion to the U.S. District Court in Illinois** on the following by overnight mail in a properly addressed envelope with adequate postage thereon, to:

Paul F. Brinkman
Alston & Bird LLP
The Atlantic Building
950 F Street N.W.
Washington, D.C. 20004

Stephen Richard Carden
McDonnell, Boehnen, Hulbert & Berghoff, Ltd.
300 South Wacker Drive
29th Floor
Chicago, IL  60606

Lora A. Moffatt
Salans
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457

Philippe Bennett
Walter Scott
Lara A. Holzman
Sarah C. Hsia
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

___/s/  David T. Ralston_____
David T. Ralston
D.C. Bar No. 104305

CHI2_643639.1