**Conway, Michael M.**

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov
**Sent:** Friday, July 07, 2006 1:37 PM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:05-cv-04120 Trading Technologies International, Inc. v. GL Consultants, Inc et al \"status hearing\"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 2.5

Notice of Electronic Filing

The following transaction was received from ar, entered on 7/7/2006 at 1:36 PM CDT and filed on 7/6/2006

**Case Name:** Trading Technologies International, Inc. v. GL Consultants, Inc et al
**Case Number:** 1:05-cv-4120
**Filer:**
**Document Number:** 117

**Docket Text:**
MINUTE entry before Judge James B. Moran :Status hearing held. GL's and FuturePath's renewed motion for a protective order was heard. TradingTechnologies' motion for entry of a protective order was heard [108]. Parties to file a blueprint of the currentdisputes regarding the protective order with the Court. GL's and FuturePath's motion to compel againstFoley and Lardner will be withdrawn from the District Court for the District of Columbia and submitted tothis Court. Trading Technologies to respond by July 12, 2006. Defendants reply due July 17, 2006. (ar, )

The following document(s) are associated with this transaction:

**1:05-cv-4120 Notice will be electronically mailed to:**

Michael M. Conway    mconway@foley.com

James R. Branit    jbranit@bullarocarton.com

Brian W. Norkett    bnorkett@bullarocarton.com

Leif R. Sigmond    sigmond@mbhb.com

Steven F. Borsand    steve.borsand@tradingtechnologies.com

Matthew J. Sampson    sampson@mbhb.com

Exhibit A

George I. Lee    lee@mbhb.com

Philippe Bennett    pbennett@alston.com

Lara A. Holzman    lholzman@alston.com

Marcus Jay Thymian    thymian@mbhb.com

S. Richard Carden    carden@mbhb.com, uzandenis@mbhb.com

Jennifer M Kurcz    kurcz@mbhb.com

Dennis David Crouch    crouch@mbhb.com

Lora A. Moffatt    lmoffatt@salans.com, majitsingh@salans.com

Alison G. Naidech    anaidech@salans.com, apabon@salans.com, psmaylovsky@salans.com, ! lsanchez@alston.com, pbennett@alston.com, lholzman@alston.com, mburns@alston.com, nclayton@alston.com

Michelle Lynn McMullen-Tack    mcmullen-tack@mbhb.com

James Frank Cirincione    jcirincione@foley.com

Walter Scott    wscott@alston.com

**1:05-cv-4120 Notice will be delivered by other means to:**
Paul H. Berghoff
McDonnell, Boehnen, Hulbert & Berghoff, Ltd.
300 South Wacker Drive
29th Floor
Chicago IL 60606