UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>                     Plaintiff,<br><br>-against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>                     Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MS00301 (PLF) |

**Notice of Submission by Respondent Foley & Lardner LLP of Order Entered by
U.S. District Judge James Moran directing that Petitioner GL Trade Americas, Inc.
Withdraw its motion to compel filed in this Court and to
<u>Present the motion to the U.S. District Court in Illinois</u>**

The U.S. District Court for the Northern District of Illinois is coordinating discovery in a series of patent infringement suits commenced by Trading Technologies International, Inc. ("TT") with respect to two patents. The coordinated discovery includes Civil Action No. 05 C 4120 (N.D. Ill.), which is TT's civil action against Petitioner GL Trade Americas, Inc. (f/k/a GL Consultants. Inc.) ("GL"). The coordinated suits have been before the Honorable James B. Moran, U.S. District Judge (N.D. Ill.), and Foley & Lardner LLP ("F&L") represents TT in several of those other suits.

The federal district court in Chicago, when advised on July 6, 2006 that GL had brought this motion to compel discovery against F&L in this Court in connection with those patent

infringement suits, ordered GL to withdraw its motion to compel from this Court and to present the issue for resolution in the federal court in Chicago because Judge Moran has been intimately involved in these patent issues for many months. The Court's Order stated:

> MINUTE entry before Judge James B. Moran: Status hearing held. GL's and FuturePath's renewed motion for a protective order was heard. Trading Technologies' motion for entry of a protective order was heard [108]. Parties to file a blueprint of the current disputes regarding the protective order with the Court. *GL's and FuturePath's motion to compel against Foley and Lardner will be withdrawn from the District Court for the District of Columbia and submitted to this Court.* Trading Technologies to respond by July 12, 2006. Defendants reply due July 17, 2006. (ar, )

Order (filed July 6, 2006; entered July 7, 2006)(Attached as Exhibit A)(emphasis added)).

This explicit ruling was based upon a colloquy with counsel (including counsel at Alston & Bird LLP) at the July 6 hearing. F&L, which has offices in Chicago and Washington, D.C., agreed on the record that the discovery motion should be heard by Judge Moran in the Northern District of Illinois. (The transcript of the status hearing has not yet been provided to F&L by the court stenographer).

GL did not file the District Court's Order entered in Chicago in this Court or otherwise inform this Court of its contents, although the Order was provided electronically on July 7 to its counsel at Alston & Bird LLP. Instead, GL filed a document with this Court on July 7 entitled "GL Trade Americas, Inc.'s Notice of Activity in Related Case" which made no reference to Judge Moran's Order.

When counsel for F&L requested counsel for GL to supplement its filing in light of the order, GL's counsel declined. (A copy of this email correspondence between counsel on July 7 is attached as Exhibit B.) Accordingly, F&L respectfully submits the Order issued by the U.S. District Court for the Northern District of Illinois.

2

Respectfully submitted,

Foley & Lardner LLP

By  /s/ David T. Ralston, Jr.
    David T. Ralston, Jr.
    D.C. Bar No. 104305

Dated: July 10, 2006

Kenneth Krosin
D.C. Bar No. 114330
David T. Ralston, Jr.
D.C. Bar No. 104305
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 500
Washington, DC 20007-5143
(202) 672-5300

3

CHI2_643639.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2006, I served a true and correct copy of the foregoing **Notice of Submission by Respondent Foley & Lardner LLP of Order Entered by U.S. District Judge James Moran directing that Petitioner GL Trade Americas, Inc. withdraw its motion to compel filed in this Court and to present the motion to the U.S. District Court in Illinois** on the following by overnight mail in a properly addressed envelope with adequate postage thereon, to:

> Paul F. Brinkman
> Alston & Bird LLP
> The Atlantic Building
> 950 F Street N.W.
> Washington, D.C. 20004
>
> Stephen Richard Carden
> McDonnell, Boehnen, Hulbert & Berghoff, Ltd.
> 300 South Wacker Drive
> 29th Floor
> Chicago, IL  60606
>
> Lora A. Moffatt
> Salans
> Rockefeller Center
> 620 Fifth Avenue
> New York, NY 10020-2457
>
> Philippe Bennett
> Walter Scott
> Lara A. Holzman
> Sarah C. Hsia
> Alston & Bird LLP
> 90 Park Avenue
> New York, NY 10016

                                                      /s/ David T. Ralston
                                                     David T. Ralston
                                                     D.C. Bar No. 104305

**Conway, Michael M.**

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov
**Sent:** Friday, July 07, 2006 1:37 PM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:05-cv-04120 Trading Technologies International, Inc. v. GL Consultants, Inc et al \"status hearing\"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 2.5

Notice of Electronic Filing

The following transaction was received from ar, entered on 7/7/2006 at 1:36 PM CDT and filed on 7/6/2006
**Case Name:** Trading Technologies International, Inc. v. GL Consultants, Inc et al
**Case Number:** 1:05-cv-4120
**Filer:**
**Document Number:** 117

**Docket Text:**
MINUTE entry before Judge James B. Moran :Status hearing held. GL's and FuturePath's renewed motion for a protective order was heard. TradingTechnologies' motion for entry of a protective order was heard [108]. Parties to file a blueprint of the currentdisputes regarding the protective order with the Court. GL's and FuturePath's motion to compel againstFoley and Lardner will be withdrawn from the District Court for the District of Columbia and submitted tothis Court. Trading Technologies to respond by July 12, 2006. Defendants reply due July 17, 2006. (ar, )

The following document(s) are associated with this transaction:

**1:05-cv-4120 Notice will be electronically mailed to:**

Michael M. Conway    mconway@foley.com

James R. Branit    jbranit@bullarocarton.com

Brian W. Norkett    bnorkett@bullarocarton.com

Leif R. Sigmond    sigmond@mbhb.com

Steven F. Borsand    steve.borsand@tradingtechnologies.com

Matthew J. Sampson    sampson@mbhb.com

Exhibit A

George I. Lee   lee@mbhb.com

Philippe Bennett   pbennett@alston.com

Lara A. Holzman   lholzman@alston.com

Marcus Jay Thymian   thymian@mbhb.com

S. Richard Carden   carden@mbhb.com, uzandenis@mbhb.com

Jennifer M Kurcz   kurcz@mbhb.com

Dennis David Crouch   crouch@mbhb.com

Lora A. Moffatt   lmoffatt@salans.com, majitsingh@salans.com

Alison G. Naidech   anaidech@salans.com, apabon@salans.com, psmaylovsky@salans.com, ! lsanchez@alston.com, pbennett@alston.com, lholzman@alston.com, mburns@alston.com, nclayton@alston.com

Michelle Lynn McMullen-Tack   mcmullen-tack@mbhb.com

James Frank Cirincione   jcirincione@foley.com

Walter Scott   wscott@alston.com

**1:05-cv-4120 Notice will be delivered by other means to:**
Paul H. Berghoff
McDonnell, Boehnen, Hulbert & Berghoff, Ltd.
300 South Wacker Drive
29th Floor
Chicago IL 60606

## Conway, Michael M.

**From:** Conway, Michael M.
**Sent:** Friday, July 07, 2006 4:24 PM
**To:** 'Bennett, Philippe'
**Cc:** 'Hsia, Sarah'; 'paul.brinkman@alston.com'; Krosin, Kenneth E.
**Subject:** RE: Activity in Case 1:05-cv-04120 Trading Technologies International, Inc. v. GL Consultants, Inc et al \"status hearing\"

Dear Philippe,

In light of this position, I believe the court is entitled to more information. We will send a letter to the U.S. District Court in the District of Columbia on Monday transmitting Judge Moran's order, with an explanation.

Have a nice weekend, too.

Mike

Michael M. Conway
Foley & Lardner LLP
321 N. Clark Street
Chicago, Illinois 60610
Tel: 312-832-4351
Fax: 312-832-4700

>-----Original Message-----
>**From:** Bennett, Philippe [mailto:Philippe.Bennett@alston.com]
>**Sent:** Friday, July 07, 2006 4:19 PM
>**To:** Conway, Michael M.
>**Cc:** Hsia, Sarah
>**Subject:** RE: Activity in Case 1:05-cv-04120 Trading Technologies International, Inc. v. GL Consultants, Inc et al \"status hearing\"
>
>Dear Mike,
>Our letter to the Court in DC seems fine to us. We are confident that it will not raise any issue, and of course, if it does, we will promptly act to clarify it. Reviewing our letter it clearly states that Judge Moran intends to handle the discovery issues raised in our motion. I am quite sure the DC Court will respect Judge Moran's wishes. In fact, Judge Moran received our papers today. Also, as Judge Moran indicated, if there is a question as to which court is handling this, Judge Moran will hear from the DC Court and it will be straightened out. In any case, we can't see this becoming an issue. Have a nice weekend. Philippe

**From:** Conway, Michael M. [mailto:MConway@foley.com]
**Sent:** Friday, July 07, 2006 4:40 PM
**To:** Hsia, Sarah
**Cc:** Bennett, Philippe; Brinkman, Paul
**Subject:** FW: Activity in Case 1:05-cv-04120 Trading Technologies International, Inc. v. GL Consultants, Inc et al \"status hearing\"

Dear Sarah,

Mr. Brinkman's representation to the U.S.District Court in the District of Columbia in the letter today is inaccurate. Judge Moran's order, reflected below, indicates that the

Exhibit B

motion against Foley & Lardner "will be withdrawn from the District Court of the District of Columbia."  Mr. Bennett received a copy of this order (as shown below) Please file a correcting letter today.  We will make our own filing.

Please confirm.

Sincerely,

Mike

Michael M. Conway
Foley & Lardner LLP
321 N. Clark Street
Chicago, Illinois 60610
Tel:  312-832-4351
Fax:  312-832-4700
-----Original Message-----
**From:** usdc_ecf_ilnd@ilnd.uscourts.gov [mailto:usdc_ecf_ilnd@ilnd.uscourts.gov]
**Sent:** Friday, July 07, 2006 1:37 PM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:05-cv-04120 Trading Technologies International, Inc. v. GL Consultants, Inc et al \"status hearing\"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 2.5

Notice of Electronic Filing

The following transaction was received from ar, entered on 7/7/2006 at 1:36 PM CDT and filed on 7/6/2006
**Case Name:**     Trading Technologies International, Inc. v. GL Consultants, Inc et al
**Case Number:**   1:05-cv-4120
**Filer:**
**Document Number:** 117

**Docket Text:**
MINUTE entry before Judge James B. Moran :Status hearing held. GL's and FuturePath's renewed motion for a protective order was heard. TradingTechnologies' motion for entry of a protective order was heard [108]. Parties to file a blueprint of the currentdisputes regarding the protective order with the Court. GL's and FuturePath's motion to compel againstFoley and Lardner will be withdrawn from the District Court for the District of Columbia and submitted tothis Court. Trading Technologies to respond by July 12, 2006. Defendants reply due July 17, 2006. (ar, )

The following document(s) are associated with this transaction:

**1:05-cv-4120 Notice will be electronically mailed to:**

Michael M. Conway    mconway@foley.com

James R. Branit    jbranit@bullarocarton.com

Brian W. Norkett    bnorkett@bullarocarton.com

Leif R. Sigmond    sigmond@mbhb.com

Steven F. Borsand    steve.borsand@tradingtechnologies.com

Matthew J. Sampson    sampson@mbhb.com

George I. Lee    lee@mbhb.com

Philippe Bennett    pbennett@alston.com

Lara A. Holzman    lholzman@alston.com

Marcus Jay Thymian    thymian@mbhb.com

S. Richard Carden    carden@mbhb.com, uzandenis@mbhb.com

Jennifer M Kurcz    kurcz@mbhb.com

Dennis David Crouch    crouch@mbhb.com

Lora A. Moffatt    lmoffatt@salans.com, majitsingh@salans.com

Alison G. Naidech    anaidech@salans.com, apabon@salans.com, psmaylovsky@salans.com, ! lsanchez@alston.com, pbennett@alston.com, lholzman@alston.com, mburns@alston.com, nclayton@alston.com

Michelle Lynn McMullen-Tack    mcmullen-tack@mbhb.com

James Frank Cirincione    jcirincione@foley.com

Walter Scott    wscott@alston.com

**1:05-cv-4120 Notice will be delivered by other means to:**
Paul H. Berghoff
McDonnell, Boehnen, Hulbert & Berghoff, Ltd.
300 South Wacker Drive
29th Floor
Chicago IL 60606

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received

this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.