# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:

Foley & Lardner
Subpoena Enforcement Matter

_____

Trading Technologies International, Inc.,
222 South Riverside Plaza, Suite 1100
Chicago, IL 60606

                          Plaintiff,

         -against-

GL Consultants, Inc., et al,
261 Madison Avenue
New York, NY 10017

                          Defendants.

MISCELLANEOUS ACTION FILE

CASE NO. 1:06MC00301 (RJL)


## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of David T. Ralston, Jr. as counsel in this case for Foley & Lardner LLP and Trading Technologies International, Inc.


  July 10, 2006
Date

  /s/  David T. Ralston, Jr.
Signature

DC Bar No. 104305
BAR IDENTIFICATION

David T. Ralston, Jr.
Print Name

Foley & Lardner LLP, 3000 K St, NW, #500
Address

Washington, DC  20007-5143
City     State    Zip Code

(202) 295-4097
Phone Number

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 10, 2006, I served a true and correct copy of the

foregoing **Notice of Appearance** on the following by overnight mail in a properly addressed

envelope with adequate postage thereon, to:

> Paul F. Brinkman
> Alston & Bird LLP
> The Atlantic Building
> 950 F Street N.W.
> Washington, D.C. 20004
>
> Stephen Richard Carden
> McDonnell, Boehnen, Hulbert & Berghoff, Ltd.
> 300 South Wacker Drive
> 29th Floor
> Chicago, IL  60606
>
> Lora A. Moffatt
> Salans
> Rockefeller Center
> 620 Fifth Avenue
> New York, NY 10020-2457
>
> Philippe Bennett
> Walter Scott
> Lara A. Holzman
> Sarah C. Hsia
> Alston & Bird LLP
> 90 Park Avenue
> New York, NY 10016

___/s/  David T. Ralston, Jr._____
David T. Ralston, Jr.
D.C. Bar No. 104305
