IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br>_____<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>                              Plaintiff,<br><br>                  -against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br>                              Defendants. | <br><br><br><br><br><br><br>MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

### MOTION OF FOLEY & LARDNER LLP TO INTERVENE AS A PARTY IN THE MATTER OF GL TRADE AMERICAS INC.'S MOTION TO COMPEL

Comes now Respondent Foley & Lardner LLP ("F&L") and moves to intervene as a party in the above-captioned matter. The Clerk has advised undersigned counsel that F&L's formal intervention under F.R.Civ.P 24 as a party is necessary to permit F&L to file papers electronically with the Court. Accordingly, to facilitate filing and service of said papers and to protect its interests in this matter, F&L moves to intervene as a party pursuant to F.R.Civ.P. 24(a)(2), as more fully detailed in the accompanying memorandum. F&L is separately filing its *Opposition of Foley & Lardner LLP to GL Trade Americas Inc.'s Motion to Compel* (and its Motion to Intervene) in hardcopy with the Clerk so that those papers are in fact filed on July 12, 2006 in compliance with the Court's Order of July 7, 2006.

2

WHEREFORE, Respondent Foley & Lardner LLP respectfully requests the Court grant its motion to intervene as a party in the above-captioned matter.

Respectfully submitted,

Foley & Lardner LLP

By /s/ David T. Ralston, Jr.
David T. Ralston, Jr.
D.C. Bar No. 104305

Dated: July 12, 2006

Kenneth Krosin
D.C. Bar No. 114330
David T. Ralston, Jr.
D.C. Bar No. 104305
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 500
Washington, DC 20007-5143
(202) 672-5300

WASH_1649262.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br>_____<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>        Plaintiff,<br><br>   -against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>        Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

**MEMORANDUM IN SUPPORT OF MOTION OF FOLEY & LARDNER LLP TO INTERVENE AS A PARTY IN THE MATTER OF GL TRADE AMERICAS INC.'S <u>MOTION TO COMPEL</u>**

Respondent Foley & Lardner LLP ("F&L") moves to intervene as a party in the above-captioned matter as the Clerk has advised undersigned counsel that F&L's formal intervention as a party under F.R.Civ.P. 24 is necessary to permit F&L to file papers electronically with the Court. Accordingly, to facilitate filing and service of said papers and to protect its interests in this matter, F&L seeks to intervene as a party pursuant to F.R.Civ.P. 24. As set forth below, the requirements for intervention of right under F.R.Civ. P. 24(a)(2) are readily met.

F&L is counsel of record for Trading Technologies International, Inc. ("TT") in two cases being coordinated for discovery and other pretrial matters before the Honorable James B. Moran in the U.S. District Court for the Northern District of Illinois. These cases are patent infringement cases brought by TT based upon two patents prosecuted by F&L for its client TT. A defendant in another of these coordinated cases, GL Trade Americas Inc. ("GL"), issued a

3

third-party subpoena in the District of Columbia to F&L seeking certain documents from F&L's office in Washington, D.C.

Accordingly, in response to the subpoena, F&L timely filed responses and objections. Based upon the direction of TT, its client, F&L provided more than 10,900 pages of non-privileged documents, but asserted attorney-client privilege and attorney work product protection as to about 320 documents sought from F&L's office in the District of Columbia. GL moved to compel production and, despite Judge Moran's Order that GL's motion in this Court be withdrawn, *Notice of Submission by Respondent Foley & Lardner LLP of Order Entered by U.S. District Judge James Moran directing that Petitioner GL Trade Americas, Inc. Withdraw its motion to compel filed in this Court and to Present the motion to the U.S. District Court in Illinois* (filed July 10, 2006), GL has failed to do so. Consequently, F&L is today filing in this Court its *Opposition of Foley & Lardner LLP to GL Trade Americas Inc.'s Motion to Compel*.

This Court directed that F&L file a response to the motion. As demonstrated in F&L's *Opposition*, F&L, on its own behalf and on behalf of its client TT, has an immediate and direct interest in the documents sought to be produced and in protection of the attorney-client privilege and attorney work product protections asserted by F&L and its client, TT, thereby meeting the first requirement of F.R.Civ.P 24(a)(2). The remaining requirements of F.R.Civ.P. 24 (a)(2) are also met as self-evident matters in that (1) disposition of the instant action may, as a practical matter, impair or impede the ability of F&L (and TT) to protect those interests, and (2) F&L's interests cannot be adequately represented by other parties at this time as F&L is the party subpoenaed and a response to GL's motion is presently required only from F&L. Therefore, F&L's motion to intervene as a party should be granted.

WASH_1649262.1

          Respectfully submitted,

          Foley & Lardner LLP

          By  /s/ David T. Ralston, Jr.
               David T. Ralston, Jr.
               D.C. Bar No. 104305

Dated: July 12, 2006

Kenneth Krosin
D.C. Bar No. 114330
David T. Ralston, Jr.
D.C. Bar No. 104305
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 500
Washington, DC 20007-5143
(202) 672-5300

# CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2006, I served a true and correct copy of the foregoing **Motion of Foley & Lardner LLP to Intervene as a Party in the Matter of GL Trade Americas Inc.'s Motion to Compel, accompanying Memorandum to Support and Proposed Order** on the following by overnight mail in a properly addressed envelope with adequate postage thereon, to:

Paul F. Brinkman
Alston & Bird LLP
The Atlantic Building
950 F Street N.W.
Washington, D.C. 20004

Stephen Richard Carden
McDonnell, Boehnen, Hulbert & Berghoff, Ltd.
300 South Wacker Drive
29th Floor
Chicago, IL  60606

Lora A. Moffatt
Salans
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457

Philippe Bennett
Walter Scott
Lara A. Holzman
Sarah C. Hsia
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

                                        /s/  David T. Ralston, Jr.
                                           David T. Ralston, Jr.
                                           D.C. Bar No. 104305