# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br>_____<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br>　　　　　　　　　　Defendants. | <br><br><br><br><br><br><br><br>MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

## ORDER GRANTING MOTION OF FOLEY & LARDNER LLP TO INTERVENE AS A PARTY IN THE MATTER OF GL TRADE AMERICAS INC.'S MOTION TO COMPEL

For good cause shown, the motion of respondent Foley & Lardner LLP to intervene as a party in the above-captioned matter is GRANTED this ___ day of July 2006. The Clerk shall serve copies hereof on all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

WASH_1649370.1