# GROUP EXHIBIT 2



**McDonnell Boehnen Hulbert & Berghoff LLP**

300 South Wacker Drive
Chicago, Illinois 60606-6709
www.mbhb.com

312 913 0001 phone
312 913 0002 fax

June 12, 2006

Sent Via *E-MAIL & FIRST CLASS MAIL*

Sarah C. Hsia, Esq.
Alston & Bird
90 Park Avenue
New York, NY 10016

Re:   Trading Technologies v. GL, Case No. 05-C-4120

Dear Sarah:

    This provides a summary of today's teleconference in which we discussed the numerous issues raised in your May 31, 2006 letter regarding the Third Party Ellis Privilege Log. First, TT agreed to produce the documents associated with the following Ellis Privilege Log entries: 30-32, 74, 308, 311, 312, & 314. Second, TT agreed to provide amended privilege log entries corresponding to the following Ellis privilege log entries: 39, 53, 91, 167, 244, 256, 258-262, 268-274, 291, and 298. However, TT indicated that it would continue to withhold the documents associated with these amended privilege log entries, since they are properly subject to attorney-client privilege and/or work product immunity. Third, TT indicated that it would continue to withhold the documents associated with the remaining Ellis Privilege Log entries with which you take issue, since they are properly subject to attorney-client privilege and/or work product immunity. Finally, TT agreed to provide you with copies of the documents associated with the first point above, as well as an amended Third Party Ellis Privilege Log, no later than Thursday, June 15, 2006.

    Counsel have agreed to hold a teleconference at 10:00 a.m. Central Time on Monday, June 19, 2006 to discuss the numerous issues raised in your June 7, 2006 letter regarding the so-called non-Ellis Privilege Logs.

Sincerely,

*(signature)*

Michelle McMullen-Tack, Ph.D., J.D.

Group Exhibit 2

312 913 3344 direct
mcmullen-tack@mbhb.com

cc:   Walter Scott
      Lora A. Moffatt



**McDonnell Boehnen Hulbert & Berghoff LLP**

300 South Wacker Drive
Chicago, Illinois 60606-6709
www.mbhb.com

312 913 0001 phone
312 913 0002 fax

June 15, 2006

Sent Via Fax & Federal Express
Fax No: 212-210-9444

Sarah C. Hsia, Esq.
Alston & Bird
90 Park Avenue
New York, NY 10016

Re:   Trading Technologies v. GL, Case No. 05-C-4120

Dear Sarah:

    Further to our June 12th teleconference regarding the Third Party Ellis Privilege Log, I enclose documents that were outlined in my June 12th teleconference summary letter. First, enclosed please find documents corresponding to the following Ellis Privilege Log entries: 30-32, 74, 308, 311, 312, & 314, bearing Bates Nos. ELLIS0010961-0010978. TT's voluntary production of these formerly withheld documents in no way constitutes a general subject matter waiver of privilege or work product immunity.

    In second, enclosed please find the table "Superseding Entries to Third Party Ellis Privilege Log" dated June 15, 2006. This log provides amended entries corresponding to the following Ellis Privilege Log documents: 39, 53, 91, 167, 244, 256, 258-262, 268-274, 291, and 298. These entries were modified to include the information we discussed with you in the June 12th teleconference. These augmented entries supersede and replace the corresponding entries that appear in the Third Party Ellis Privileged Document Log.

Sincerely,

*Michelle McMullen-Tack*

Michelle McMullen-Tack, Ph.D., J.D.
312 913 3344 direct
mcmullen-tack@mbhb.com