IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br>_____<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>            Plaintiff,<br><br>    -against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>            Defendants. | <br><br><br><br><br><br><br>MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

**ORDER DEFERRING RULING ON GL TRADE**
**AMERICAS INC.'S MOTION TO COMPEL**

For good cause shown, the Court defers ruling on the motion of GL Trade Americas Inc.'s to compel against respondent Foley & Lardner LLP until the same motion is ruled upon by the United States District Court for the Northern District of Illinois in Civil Action No. 05 C 4120.  Entered this ___ day of July 2006.  The Clerk shall serve copies hereof on all counsel of record.

                                      _____
                                      United States District Judge