IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

Foley & Lardner
Subpoena Enforcement Matter
_____

Trading Technologies International, Inc.,
222 South Riverside Plaza, Suite 1100
Chicago, IL 60606

                           Plaintiff,

-against-

GL Consultants, Inc., et al,
261 Madison Avenue
New York, NY 10017

                           Defendants.

MISCELLANEOUS ACTION FILE

CASE NO. 1:06MC00301 (RJL)

**Certificate Required by Rule 7.1 of the Local Rules of the
<u>United States District Court for the District of Columbia</u>**

     I, the undersigned, counsel of record for Intervenor Foley & Lardner LLP, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Foley & Lardner LLP which have any outstanding securities in the hands of the public:    None.

                                                 Foley & Lardner LLP

                                                 By <u>/s/ David T. Ralston, Jr.</u>
                                                    David T. Ralston, Jr.
                                                    D.C. Bar No. 104305

Dated: July 12, 2006