IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>      Plaintiff,<br><br><br>   -against-<br><br>GL Consultants, Inc. et al,<br>261 Madison Avenue<br>New York, NY 10016<br><br>   DEFENDANTS. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

## <u>NOTICE OF ERROR IN FILING</u>

On July 20, 2006, GL Trade Americas, Inc. ("GL") filed a Notice of Activity in Related Case which mistakenly omitted the referenced Exhibit A, a copy of Judge Moran's Memorandum Opinion and Order dated July 18, 2006.

Exhibit A to GL's Notice of Activity in Related Case dated July 20, 2006 is attached hereto.

Dated: July 21, 2006

       **GL Trade Americas, Inc.**
       By:

       ___/s/Sarah Hsia_____

       Sarah C. Hsia
       *Admitted Pro Hac Vice*
       ALSTON & BIRD LLP
       90 Park Ave.

New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444


_____/s/ Paul Brinkman_____

Paul F. Brinkman
D.C. Bar No. 441681
ALSTON & BIRD LLP
The Atlantic Building
950 F Street N.W.
Washington, D.C. 20004
Telephone: (202) 756-3404
Facsimile: (202) 756-3333

OF COUNSEL:
Lora A. Moffatt
SALANS
Rockefeller Center
620 Fifth Avenue
New York, NY  10020-2457
Tel: 212-632-5500
Fax: 212-632-5555

OF COUNSEL:
Philippe Bennett
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel: 212-210-9400
Fax: 212-210-9444

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2006, I served a true and correct copy of the foregoing NOTICE OF ERROR IN FILING on Counsel for Plaintiff Trading Technologies International and Respondent Foley & Lardner by email and overnight mail in a properly addressed envelope with adequate postage thereon, to:

Kenneth Krosin (kkrosin@foley.com)
Michael Conway (mconway@foley.com)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 500
Washington, D.C. 20007-5143

Stephen Richard Carden
(carden@mbhb.com)
MCDONNELL, BOEHNEN,
HULBERT & BERGHOFF, LTD.
300 South Wacker Drive, 29th Floor
Chicago, IL  60606

Dated:  July 21, 2006

_____/s/Paul Brinkman_____
Paul F. Brinkman
D.C. Bar No. 441681