IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>                              Plaintiff,<br><br>                    -against-<br><br>GL Consultants, Inc. et al,<br>261 Madison Avenue<br>New York, NY 10016<br><br>          DEFENDANTS. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

**GL TRADE AMERICAS, INC.'S RESPONSE TO FOLEY & LARDNER'S
SUBMISSION OF JULY 18, 2006 MEMORANDUM OPINION AND ORDER**

On July 18, 2006, Judge Moran signed a Memorandum Opinion and Order which addressed a GL Motion to Compel ***Trading Technologies, Inc.*** ("TTI") that had been filed in the Northern District of Illinois on May 15, 2006 (the "TTI Motion to Compel"). Within that same July 18 Order Judge Moran included Footnote 1, which referenced the separate and distinct June 28, 2006 GL Motion to Compel ***Foley & Lardner*** (the "Foley Motion to Compel") which is currently pending in the District of Columbia. Judge Moran's Footnote 1 of the July 18 Order explicitly recognized that the Foley Motion to Compel is ***not*** before Judge Moran, and that he was not ruling on the Foley Motion to Compel.

Foley & Lardner has expressed concern that GL's representation to this Court that the July 18 Order "den[ied] Foley and TTI's Motion to Enforce July 7, 2006 Order" is unclear and misleading.  *See* Exhibit A.  GL believes that GL's statement was not incorrect since Footnote 1 of the July 18 Order clearly recognizes that the District of Columbia (not the Northern District of Illinois) has jurisdiction over the Foley Motion to Compel.  Judge Moran has not ordered GL to withdraw its properly-filed Foley Motion to Compel before this Court.  However, GL thus clarifies that Judge Moran's July 18 Order addressed only the May 15th ***TTI Motion to Compel***, before the N.D. of Illinois.  Foley and TTI's Motion to Enforce July 7, 2006 Order was separately denied by Judge Moran yesterday.

GL respectfully renews its request for an expedited hearing in view of the August 16, 2006 Markman hearing.

Respectfully submitted,

Dated: July 21, 2006                               **GL Trade Americas, Inc.**

                                        By:    /s/Sarah Hsia_____
                                               Sarah C. Hsia
                                               *Admitted Pro Hac Vice*
                                               ALSTON & BIRD LLP
                                               90 Park Ave.
                                               New York, NY 10016
                                               Telephone: (212) 210-9400
                                               Facsimile: (212) 210-9444


                                               /s/Paul Brinkman_____
                                               Paul F. Brinkman
                                               D.C. Bar No. 441681
                                               ALSTON & BIRD LLP
                                               The Atlantic Building
                                               950 F Street N.W.
                                               Washington, D.C. 20004
                                               Telephone: (202) 756-3404
                                               Facsimile: (202) 756-3333

OF COUNSEL:
Lora A. Moffatt
SALANS
Rockefeller Center
620 Fifth Avenue
New York, NY  10020-2457
Tel: 212-632-5500
Fax: 212-632-5555

OF COUNSEL:
Philippe Bennett
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel: 212-210-9400
Fax: 212-210-9444

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2006, I served a true and correct copy of the foregoing GL TRADE AMERICAS, INC.'S RESPONSE TO FOLEY & LARDNER'S SUBMISSION OF JULY 18, 2006 MEMORANDUM OPINION AND ORDER on Counsel for Plaintiff Trading Technologies International and Respondent Foley & Lardner by email and overnight mail in a properly addressed envelope with adequate postage thereon, to:

Kenneth Krosin (kkrosin@foley.com)  
Michael Conway (mconway@foley.com)  
FOLEY & LARDNER LLP  
Washington Harbour  
3000 K Street NW, Suite 500  
Washington, D.C. 20007-5143

Stephen Richard Carden  
(carden@mbhb.com)  
MCDONNELL, BOEHNEN,  
HULBERT & BERGHOFF, LTD.  
300 South Wacker Drive, 29th Floor  
Chicago, IL  60606

Dated:  July 21, 2006


   /s/Paul Brinkman              
Paul F. Brinkman  
DC Bar No. 441681