## Hsia, Sarah

**From:** Conway, Michael M. [MConway@foley.com]
**Sent:** Thursday, July 20, 2006 6:28 PM
**To:** Hsia, Sarah
**Cc:** Sampson, Matt
**Subject:** RE: Motion to Compel Foley & Lardner - DDC

Dear Sarah,

The Memorandum Opinion you submitted below did not deny F&L's motion to enforce, the July 7 order as you state in the filing. The opinion was issued July 18. That motion to enforce was heard today.

Mike

Michael M. Conway
Foley & Lardner LLP
321 N. Clark Street
Chicago, Illinois 60610
Tel:  312-832-4351
Fax:  312-832-4700

> -----Original Message-----
> **From:** Hsia, Sarah [mailto:Sarah.Hsia@alston.com]
> **Sent:** Thursday, July 20, 2006 5:00 PM
> **To:** GL - TT Service
> **Cc:** Conway, Michael M.; Krosin, Kenneth E.
> **Subject:** Motion to Compel Foley & Lardner - DDC
>
> Please see the attached Notice of Activity in Related Case, which was filed today in the District of Columbia.
>
> <<GL Second Notice of Activity in Related Case.pdf>> <<Exhibit A.pdf>> .
>
>
> ********************
> Sarah Hsia
> Alston & Bird LLP
> 90 Park Avenue
> New York, New York 10016
> Phone: 212.210.9541
> Facsimile: 212.922.3984
> Email: sarah.hsia@alston.com
>
> **********************************************************
> IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

7/21/2006

---

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.

---

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.