UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>     Plaintiff,<br><br>-against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>     Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

**FOLEY & LARDNER LLP'S SUBMISSION OF MEMORANDUM OPINION ISSUED BY JUDGE JAMES B. MORAN ON JULY 18, 2006 AS ADDITIONAL AUTHORITY**

Respondent Foley & Lardner LLP ("F&L") respectfully submits the Memorandum Opinion dated July 18, 2006 ("July 18 Opinion"), issued by Judge James B. Moran (N.D. Ill.) as additional authority in further support of F&L's opposition to the motion to compel of GL TradeAmericas, Inc. ("GL") against F&L, which is pending before this Court. Judge Moran has instructed that if any issues remain after issuance of this order, GL, Trading Technologies International,

CHI2_644365.2

Inc. and F&L may make brief submissions to him and he will address them at the status set for August 8, 2006.

                                              Respectfully submitted,

                                              Foley & Lardner LLP

                                              By  /s/ Kenneth E. Krosin
                                                      Kenneth E. Krosin
                                                      D.C. Bar No. 114330

Dated: July 20, 2006

Kenneth Krosin
D.C. Bar No. 114330
David T. Ralston, Jr.
D.C. Bar No. 104305
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 500
Washington, DC 20007-5143
(202) 672-5300

2

CHI2_644365.2

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2006, I served a true and correct copy of the foregoing Motion of Foley & Lardner LLP to Submit Memorandum Opinion Issued by Judge James B. Moran on July 18, 206 As Additional Authority on the following by overnight mail in a properly addressed envelope with adequate postage thereon, to:

Paul F. Brinkman
Alston & Bird LLP
The Atlantic Building
950 F Street N.W.
Washington, D.C. 20004

Stephen Richard Carden
McDonnell, Boehnen, Hulbert & Berghoff, Ltd.
300 South Wacker Drive
29th Floor
Chicago, IL 60606

Lora A. Moffatt
Salans
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457

Philippe Bennett
Walter Scott
Lara A. Holzman
Sarah C. Hsia
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

/s/ Kenneth E. Krosin
Kenneth E. Krosin
D.C. Bar No. 114330