UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>---<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>                              Plaintiff,<br><br>-against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>                            Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

### MOTION TO ADMIT
### MICHAEL M. CONWAY *PRO HAC VICE*

David T. Ralston, Jr. of Foley & Lardner hereby moves that Michael M. Conway be permitted to appear *pro hac vice* in this matter. As the attached declaration of Mr. Conway demonstrates:

1.     Mr. Conway's full name is Michael M. Conway.

2.     Mr. Conway's office address is Foley & Lardner LLP, 321 N. Clark Street, Chicago, Illinois 60610.

3.     Mr. Conway's office telephone number is 312-832-4351.

4.     Mr. Conway is admitted to the bar of the State of Illinois.

5.     Mr. Conway has not been disciplined by any bar.

6.     Mr. Conway is admitted to the bar of the United States Supreme Court, the United States Court of Appeals for the District of Columbia Circuit, the United States

Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Federal Circuit, the United States District Court for the Northern District of Illinois and other federal courts.

7. Mr. Conway has not been admitted *pro hac vice* in this Court in the past two years.

WHEREFORE, movant respectfully prays that Michael M. Conway be admitted *pro hac vice* as counsel for Foley & Lardner LLP in this cause.

Respectfully submitted,

Foley & Lardner LLP

By _____
David T. Ralston, Jr.
D.C. Bar No. 104305

Dated: July 25, 2006

David T. Ralston, Jr.
D.C. Bar No. 104305
Kenneth Krosin
D.C. Bar No. 114330
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 500
Washington, DC 20007-5143
(202) 672-5300

2

CHI2_644562.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>---<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>                         Plaintiff,<br><br>         -against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>                       Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

[Proposed] **ORDER**

It is hereby ordered that Michael M. Conway is granted permission to appear *pro hac vice* on behalf of Foley & Lardner LLP in this cause.

Date: _____

                                                                 _____
                                                                 United States District Judge

David T. Ralston, Jr.
D.C. Bar No. 104305
Kenneth Krosin
D.C. Bar No. 114330
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 500
Washington, DC 20007-5143
(202) 672-5300

CHI2_644653.1