IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter | |
| Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br>　　　　　　　　　Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO ADMIT MICHAEL M. CONWAY *PRO HAC VICE***

　　　Comes now Respondent Foley & Lardner LLP ("F&L") and, in support of its motion to admit Michael M. Conway *pro hac vice* in the above-captioned matter, states:

　　　1　　U.S. District Court for the District of Columbia Local Civil Rule 83.2(c) and (d).

　　　2.　　Declaration of Michael M. Conway, attached to the motion.

WHEREFORE, Respondent Foley & Lardner LLP respectfully requests the Court grant its motion to admit Michael M. Conway *pro hac vice* in the above-captioned matter.

> Respectfully submitted,
>
> Foley & Lardner LLP
>
> By /s/ David T. Ralston, Jr.
> David T. Ralston, Jr.
> D.C. Bar No. 104305

Dated: July 25, 2006

David T. Ralston, Jr.
D.C. Bar No. 104305
Kenneth E. Krosin
D.C. Bar No. 114330
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 500
Washington, DC 20007-5143
(202) 672-5300

WASH_1657543.1