UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>---<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>　　　　　　　　　Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

**DECLARATION OF MICHAEL M. CONWAY IN SUPPORT
OF MOTION TO ADMIT MICHAEL M. CONWAY *PRO HAC VICE***

I, Michael M. Conway, hereby declare and submit:

1. I am a partner in the law firm of Foley & Lardner LLP, and seek to be admitted pro hac vice to represent Foley & Lardner LLP in this matter. I am also counsel for Trading Technologies International, Inc., in two of the patent infringement actions pending in the U.S. District Court for the Northern District of Illinois, which are being coordinated for certain proceedings with the underlying case here.

2. My full name is Michael M. Conway.

3. My office address is Foley & Lardner LLP, 321 N. Clark Street, Chicago, Illinois 60610.

4. My office telephone number is 312-832-4351.

5. I was admitted to the bar of the State of Illinois in 1973, have been continuously in good standing in that bar from my admission in 1973 to the present date. I am

CHI2_644599.1

also in good standing in the bar of several federal courts including the Supreme Court of the United States, the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Federal Circuit and the United States District Court for the Northern District of Illinois.

6. I have never been disciplined by any bar.

7. I have not been admitted *pro hac vice* in this Court in the past two years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2006, at Chicago, Illinois.

*/s/ Michael M. Conway*
Michael M. Conway

Michael M. Conway
FOLEY & LARDNER LLP
321 N. Clark Street
Suite 2800
Chicago, Illinois 60610
312-832-4351

2

CHI2_644599.1