## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2006, I served a true and correct copy of the foregoing **Motion of Foley & Lardner LLP to Admit Michael M. Conway *Pro Hac Vice*, Declaration of Michael M. Conway in Support of Motion to Admit Michael M. Conway, Memorandum in Support of Motion of Foley & Lardner LLP to Admit Michael M. Conway *Pro Hac Vice*,** and **Proposed Order** on the following by overnight mail and electronically by email, to:

Paul F. Brinkman
Alston & Bird LLP
The Atlantic Building
950 F Street N.W.
Washington, D.C. 20004

Stephen Richard Carden
McDonnell, Boehnen, Hulbert & Berghoff, Ltd.
300 South Wacker Drive
29th Floor
Chicago, IL 60606

Lora A. Moffatt
Salans
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457

Philippe Bennett
Walter Scott
Lara A. Holzman
Sarah C. Hsia
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

David T. Ralston, Jr.
D.C. Bar No. 104305