UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>---<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>        Plaintiff,<br><br>-against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>        Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

## MOTION TO ADMIT
## MATTHEW J. SAMPSON *PRO HAC VICE*

David T. Ralston, Jr. of Foley & Lardner hereby moves that Matthew J. Sampson be permitted to appear *pro hac vice* in this matter. As the attached declaration of Mr. Sampson demonstrates:

1. Mr. Sampson's full name is Matthew James Sampson.

2. Mr. Sampson's office address is McDonnell Boehnen Hulbert & Berghoff LLP, 300 S. Wacker Drive, Chicago, Illinois 60606.

3. Mr. Sampson's office telephone number is 312-913-2119.

4. Mr. Sampson is admitted to the bar of the State of Illinois.

5. Mr. Sampson has not been disciplined by any bar.

6. Mr. Sampson is admitted to the United States District Court for the Northern District of Illinois, along with several other District Courts.

7. Mr. Sampson has not been admitted *pro hac vice* in this Court in the past two years.

WHEREFORE, movant respectfully prays that Matthew J. Sampson be admitted *pro hac vice* as counsel for Trading Technologies International, Inc. in this case.

Respectfully submitted,

Foley & Lardner LLP

By _____
David T. Ralston, Jr.
D.C. Bar No. 104305

Dated: July 25, 2006

David T. Ralston, Jr.
D.C. Bar No. 104305
Kenneth Krosin
D.C. Bar No. 114330
FOLEY & LARDNER LLP
Washington Harbour
3000 K street NW, Suite 500
Washington, DC 20007-5143

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>---<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>Plaintiff,<br><br>-against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

[Proposed] **ORDER**

It is hereby ordered that Matthew J. Sampson is granted permission to appear *pro hac vice* on behalf of Foley & Lardner LLP in this cause.

Date: _____          _____
                                 United States District Judge

David T. Ralston, Jr.
D.C. Bar No. 104305
Kenneth Krosin
D.C. Bar No. 114330
FOLEY & LARDNER LLP
Washington Harbour
3000 K street NW, Suite 500
Washington, DC 20007-5143
(202) 672-5300

*Attorneys for Trading Technologies International, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>---<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>　　　　　　　　Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

### DECLARATION OF MATTHEW J. SAMPSON IN SUPPORT OF MOTION TO ADMIT MATTHEW J. SAMPSON *PRO HAC VICE*

I, Matthew J. Sampson, hereby declare and submit:

1. I am a partner in the law firm of McDonnell Boehnen Hulbert & Berghoff LLP, and seek to be admitted pro hac vice to represent Trading Technologies International, Inc. in this matter. I am also counsel for Trading Technologies International, Inc., in the other five patent infringement actions pending in the U.S. District Court for the Northern District of Illinois, which are being coordinated for certain proceedings with the underlying case before Judge Moran.

2. My full name is Matthew James Sampson.

3. My office address is McDonnell Boehnen Hulbert & Berghoff LLP, 300 S. Wacker Drive, Chicago, Illinois 60606.

4. My office telephone number is 312-913-2119.

5. I was admitted to the bar of the State of Illinois in 1991, have been continuously in good standing in that bar from my admission in 1991 to the present date. I am also in good standing in the bar of the United States District Court for the Northern District of Illinois and several other District Courts.

6. I have never been disciplined by any bar.

7. I have not been admitted *pro hac vice* in this Court in the past two years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2006, at Chicago, Illinois.

_____
Matthew J. Sampson

Matthew J. Sampson
McDonnell Boehnen Hulbert & Berghoff LLP
300 S. Wacker Drive
Suite 3100
Chicago, Illinois 60606
312-913-2119