IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

Foley & Lardner
Subpoena Enforcement Matter

---

Trading Technologies International, Inc.,
222 South Riverside Plaza, Suite 1100
Chicago, IL 60606

        Plaintiff,

-against-

GL Consultants, Inc., et al,
261 Madison Avenue
New York, NY 10017

        Defendants.

MISCELLANEOUS ACTION FILE

CASE NO. 1:06MC00301 (RJL)

## MEMORANDUM IN SUPPORT OF MOTIONS TO ADMIT MATTHEW J. SAMPSON AND JENNIFER M. KURCZ *PRO HAC VICE*

Comes now Trading Technologies International, Inc., by local counsel Foley & Lardner LLP and in support of its motions to admit Matthew J. Sampson and Jennifer M. Kurcz *pro hac vice* in the above-captioned matter, states:

1    U.S. District Court for the District of Columbia Local Civil Rule 83.2(c) and (d).

2.    Declarations of Matthew J. Sampson and Jennifer M. Kurcz, attached to the motions.

2

WHEREFORE, Trading Technologies International, Inc. respectfully requests the Court grant its motion to admit Matthew J. Sampson and Jennifer M. Kurcz *pro hac vice* in the above-captioned matter.

Respectfully submitted,

Foley & Lardner LLP

By _____
David T. Ralston, Jr.
D.C. Bar No. 104305

Dated: July 25, 2006

David T. Ralston, Jr.
D.C. Bar No. 104305
Kenneth E. Krosin
D.C. Bar No. 114330
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 500
Washington, DC 20007-5143
(202) 672-5300

WASH_1657856.1