UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>---<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>       Plaintiff,<br><br>   -against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>       Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

## MOTION TO ADMIT
## JENNIFER M. KURCZ *PRO HAC VICE*

David T. Ralston, Jr. of Foley & Lardner hereby moves that Jennifer M. Kurcz be permitted to appear *pro hac vice* in this matter. As the attached declaration of Ms. Kurcz demonstrates:

1. Ms. Kurcz's full name is Jennifer Marie Kurcz.

2. Ms. Kurcz's office address is McDonnell Boehnen Hulbert & Berghoff LLP, 300 S. Wacker Drive, Chicago, Illinois 60606.

3. Ms. Kurcz's office telephone number is 312-913-3311.

4. Ms. Kurcz is admitted to the bar of the State of Illinois.

5. Ms. Kurcz has not been disciplined by any bar.

2

6.  Ms. Kurcz is admitted to the United States District Court for the Northern District of Illinois.

7.  Ms. Kurcz has not been admitted *pro hac vice* in this Court in the past two years.

WHEREFORE, movant respectfully prays that Jennifer M. Kurcz be admitted *pro hac vice* as counsel for Trading Technologies International, Inc. in this case.

Respectfully submitted,

FOLEY & LARDNER LLP

By _____
David T. Ralston, Jr.
D.C. Bar No. 104305

Dated: July 25, 2006

David T. Ralston, Jr.
D.C. Bar No. 104305
Kenneth Krosin
D.C. Bar No. 114330
FOLEY & LARDNER LLP
Washington Harbour
3000 K street NW, Suite 500
Washington, DC  20007-5143

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>―――――――――――――<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>      Plaintiff,<br><br>  -against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>      Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

[Proposed] **ORDER**

It is hereby ordered that Jennifer M. Kurcz is granted permission to appear *pro hac vice* on behalf of Foley & Lardner LLP in this cause.

Date: _____

                     _____
                     United States District Judge

David T. Ralston, Jr.
D.C. Bar No. 104305
Kenneth Krosin
D.C. Bar No. 114330
FOLEY & LARDNER LLP
Washington Harbour
3000 K street NW, Suite 500
Washington, DC 20007-5143
(202) 672-5300

*Attorneys for Trading Technologies International, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>---<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>                Plaintiff,<br><br>       -against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>                Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

## DECLARATION OF JENNIFER M. KURCZ IN SUPPORT
## OF MOTION TO ADMIT JENNIFER M. KURCZ *PRO HAC VICE*

I, Jennifer M. Kurcz, hereby declare and submit:

1. I am an associate in the law firm of McDonnell Boehnen Hulbert & Berghoff LLP, and seek to be admitted pro hac vice to represent Trading Technologies International, Inc. in this matter. I am also counsel for Trading Technologies International, Inc., in the other five patent infringement actions pending in the U.S. District Court for the Northern District of Illinois, which are being coordinated for certain proceedings with the underlying case here.

2. My full name is Jennifer Marie Kurcz.

3. My office address is McDonnell Boehnen Hulbert & Berghoff LLP, 300 S. Wacker Drive, Chicago, Illinois 60606.

4. My office telephone number is 312-913-3311.

5.  I was admitted to the bar of the State of Illinois in 2003, have been continuously in good standing in that bar from my admission in 2003 to the present date. I am also in good standing in the bar of the United States District Court for the Northern District of Illinois.

6.  I have never been disciplined by any bar.

7.  I have not been admitted *pro hac vice* in this Court in the past two years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2006, at Chicago, Illinois.

Jennifer M. Kurcz

Jennifer M. Kurcz
McDonnell Boehnen Hulbert & Berghoff LLP
300 S. Wacker Drive
Suite 3100
Chicago, Illinois 60606
312-913-3311