IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>---<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>                Plaintiff,<br><br>-against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>                Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

**MEMORANDUM IN SUPPORT OF
MOTIONS TO ADMIT
<u>MATTHEW J. SAMPSON AND JENNIFER M. KURCZ *PRO HAC VICE*</u>**

Comes now Trading Technologies International, Inc., by local counsel Foley & Lardner LLP and in support of its motions to admit Matthew J. Sampson and Jennifer M. Kurcz *pro hac vice* in the above-captioned matter, states:

    1      U.S. District Court for the District of Columbia Local Civil Rule 83.2(c) and (d).

    2.     Declarations of Matthew J. Sampson and Jennifer M. Kurcz, attached to the motions.

WHEREFORE, Trading Technologies International, Inc. respectfully requests the Court grant its motion to admit Matthew J. Sampson and Jennifer M. Kurcz *pro hac vice* in the above-captioned matter.

Respectfully submitted,

Foley & Lardner LLP

By _____
David T. Ralston, Jr.
D.C. Bar No. 104305

Dated: July 25, 2006

David T. Ralston, Jr.
D.C. Bar No. 104305
Kenneth E. Krosin
D.C. Bar No. 114330
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 500
Washington, DC 20007-5143
(202) 672-5300

2