UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

Foley & Lardner
Subpoena Enforcement Matter

---

Trading Technologies International, Inc.,
222 South Riverside Plaza, Suite 1100
Chicago, IL 60606

        Plaintiff,

-against-

GL Consultants, Inc., et al,
261 Madison Avenue
New York, NY 10017

        Defendants.

MISCELLANEOUS ACTION FILE

CASE NO. 1:06MC00301 (RJL)

### Trading Technologies International, Inc.'s Motion For This Court To Stay and Remit GL Trade Americas' Motion To Compel Against Its Attorneys, Foley & Lardner LLP, To Judge James B. Moran For Recommendation

Plaintiff Trading Technologies International, Inc. ("TT") respectfully moves that GL Trade Americas, Inc.'s ("GL") Motion to Compel TT's attorneys (Foley & Lardner LLP ("F&L")) to produce privileged documents and expand the scope of its document production (hereinafter "GL's Motion") be stayed and remitted for a recommended ruling to Judge James B. Moran in the United States District Court for the Northern District of Illinois, who is presiding over the common issues of the underlying litigation between GL and TT, along with five other related lawsuits. Judge Moran has stated in a July 18th memorandum opinion and orally on the record that he is prepared to do just that. Indeed, the only party that does not want Judge Moran to rule on this Motion is GL.

CHI2_644506.1

GL's Motion raises issues before this Court that have either been denied by Judge Moran, or are issues that are already fully briefed before Judge Moran. Further, Judge Moran has already denied GL's earlier motion to compel seeking additional documents from TT and F&L, and has instructed that these parties should raise any open discovery issues at the status set for August 8, 2006. GL is essentially attempting to use two different jurisdictions to get two bites at the same apple. Significantly, TT is the real party in interest affected by GL's motion, as it is TT's privilege that GL is calling into play.

Accordingly, because Judge Moran is in a better position to rule on GL's requests, this Court should, in the interests of judicial economy, remit this matter to the United States District Court for the Northern District of Illinois and stay its proceedings on GL's motion to compel.

WHEREFORE, TT respectfully moves that this Court remit the motion to Judge Moran for formal recommendation and then adopt any findings made by Judge Moran.

DATED: July 25, 2006

By _____
Jennifer M. Kurcz (*pro hac vice pending*)
Matthew A. Sampson (*pro hac vice pending*)
**MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP**
300 South Wacker Drive
Chicago, Illinois 60606
Telephone: 312-913-0001
Fax: 312-913-0002

By _____
David T. Ralston, Jr.
D.C. Bar No. 104305
FOLEY & LARDNER LLP
Washington Harbour
3000 K street NW, Suite 500
Washington, DC 20007-5143
**Attorneys for Trading Technologies International, Inc.**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>―――――――――――――――――<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>　　　　　　　　　　Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

## [Proposed] ORDER

It is hereby ordered that GL Trade Americas, Inc.'s Motion to Compel and Request for Expedited Relief (Docket No. 2) is hereby stayed, and remitted to the Honorable James B. Moran of the United States District Court for the Northern District of Illinois for recommendation.

DATED: _____    _____
　　　　　　　　　　　　　　　　　United States District Judge

CHI2_644506.1

Jennifer M. Kurcz *(pro hac vice pending)*
Matthew A. Sampson *(pro hac vice pending)*
**MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP**
300 South Wacker Drive
Chicago, Illinois 60606
Telephone: 312-913-0001
Fax: 312-913-0002

David T. Ralston, Jr.
D.C. Bar No. 104305
FOLEY & LARDNER LLP
Washington Harbour
3000 K street NW, Suite 500
Washington, DC 20007-5143