IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>                  Plaintiff,<br><br>-against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br>                  Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

**Certificate Required by Rule 7.1 of the Local Rules of the**
**United States District Court for the District of Columbia**

I, the undersigned, counsel of record for Trading Technologies International, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Trading Technologies International, Inc., which have any outstanding securities in the hands of the public:    None.

                                                                           Foley & Lardner LLP

                                                                           By: _____
                                                                           David T. Ralston, Jr.
                                                                           D.C. Bar No. 104305

Dated: July 25, 2006

WASH_1649385.1