# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of

1) TRADING TECHNOLOGIES INTERNATIONAL, INC.'S MOTION FOR THIS COURT TO STAY AND REMIT GL TRADE AMERICAS' MOTION TO COMPEL AGAINST ITS ATTORNEYS, FOLEY & LARDNER LLP, TO JUDGE JAMES B. MORAN FOR RECOMMENDATION;
2) TRADING TECHNOLOGIES INTERNATIONAL, INC.'S MEMORANDUM SUPPORTING ITS MOTION FOR THIS COURT TO STAY AND REMIT GL TRADE AMERICAS' MOTION TO COMPEL AGAINST ITS ATTORNEYS, FOLEY & LARDNER LLP, TO JUDGE JAMES B. MORAN FOR RECOMMENDATION;
3) PROPOSED ORDER;
4) MOTION TO ADMIT MATTHEW SAMPSON *PRO HAC VICE, AND* PROPOSED ORDER;
5) DECLARATION OF MATTHEW SAMPSON IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*;
6) MOTION TO ADMIT JENNIFER KURCZ *PRO HAC VICE, AND* PROPOSED ORDER;
7) DECLARATION OF JENNIFER KURCZ IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*;
8) MEMORANDUM IN SUPPORT OF MOTIONS TO ADMIT *PRO HAC VICE*; And
9) LOCAL RULE 7.1 CERTIFICATE.

were served on July 25, 2006, as follows:

*Via Email and U.S. First Class Mail:*

| | |
|---|---|
| *Counsel for eSpeed, et al.:* <br> Andrew Johnstone <br> (ajohnstone@winston.com) <br> Raymond Perkins <br> (rperkins@winston.com) <br> Winston & Strawn LLP <br> 35 W. Wacker Drive <br> Chicago, IL 60601 <br> Main Tel: 312-558-5600 <br> Fax: 312-558-5700 <br><br> *Counsel for Rosenthal Collins Group:* <br> Geoffrey A. Baker <br> (gabaker@dowellbaker.com) <br> Dowell Baker, P.C. <br> 229 Randolph St. <br> Oak Park, IL 60302 <br> Tel: 708-660-1413 <br><br> Jeffrey Schulman <br> (jschulman@wolinlaw.com) <br> Wolin & Rosen, Ltd. <br> 55 West Monroe Street, Suite 3600 <br> Chicago, IL 60603 <br> Tel: 312-458-1244 | *Counsel for CQG, Inc. and CQGT, LLC:* <br> Kara E. F. Cenar <br> (kcenar@bellboyd.com) <br> Heather A. Boice <br> (hboice@bellboyd.com) <br> Jeana R. Lervick <br> (jlervick@bellboyd.com) <br> Bell, Boyd & Lloyd, LLC <br> 70 W. Madison Street, Suite 3100 <br> Chicago, IL 60602-4207 <br> Main Tel: 312-372-1121 <br><br> Mark W. Fischer <br> (MFischer@faegre.com) <br> Faegre & Benson, LLP <br> 1900 Fifteenth Street <br> Boulder, CO 80302 <br> Tel: 303-447-7700 <br><br> *Counsel for REFCO:* <br> Karen Nelson <br> (knelson@kirkland.com) <br> Kirkland & Ellis LLP <br> 200 East Randolph Dr. <br> Chicago, IL 60601 <br> Tel: 312-861-3206 |

*Via Email:*

---

*Counsel for GL Consultants, Inc., GL Trade SA, and FuturePath Trading LLC:*

Brian W. Norkett
(b_norkett@hotmail.com)

Alison G. Naidech
(anaidech@salans.com)

Phillippe Bennett
(pbennett@alston.com)

Walter Scott
(wscott@alston.com)

Lara Holzman
(lholzman@alston.com)

---

*Via Email and Federal Express:*

---

*Counsel for GL Consultants, Inc., GL Trade SA, and FuturePath Trading LLC:*
Lora A. Moffatt
(lmoffatt@salans.com)
Salans
Rockefeller Center
620 Fifth Ave
New York, NY 10020-2457
Main Tel: 212-632-8436
Main Fax: 212-307-3320

---

_____
Jennifer M. Kurcz