IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>---<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>                Plaintiff,<br><br>-against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>                Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Kenneth E. Krosin, a member of the U.S. District Court for the District of Columbia, as counsel in this case for Foley & Lardner LLP and Trading Technologies International, Inc.

| | |
|---|---|
| July 31, 2006 <br> Date | /s/ David T. Ralston, Jr. <br> Signature |
| DC Bar No. 104305 <br> BAR IDENTIFICATION | David T. Ralston, Jr. <br> Print Name |
| | Foley & Lardner LLP, 3000 K St, NW, #500 <br> Address |
| | Washington, DC 20007-5143 <br> City   State   Zip Code |
| | (202) 295-4097 <br> Phone Number |

WASH_1660963.1

July 31, 2006
Date

DC Bar No. 114330
BAR IDENTIFICATION

/s/ Kenneth E. Krosin
Signature

Kenneth E. Krosin
Print Name

Foley & Lardner LLP, 3000 K St, NW, #500
Address

Washington, DC  20007-5143
City    State    Zip Code

(202) 672-5565
Phone Number

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2006, I served a true and correct copy of the foregoing **Notice of Appearance** on the following by overnight mail in a properly addressed envelope with adequate postage thereon, to:

Paul F. Brinkman
Alston & Bird LLP
The Atlantic Building
950 F Street N.W.
Washington, D.C. 20004

Stephen Richard Carden
McDonnell, Boehnen, Hulbert & Berghoff, Ltd.
300 South Wacker Drive
29th Floor
Chicago, IL 60606

Lora A. Moffatt
Salans
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457

Philippe Bennett
Walter Scott
Lara A. Holzman
Sarah C. Hsia
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

/s/ David T. Ralston, Jr.
David T. Ralston, Jr.
D.C. Bar No. 104305

WASH_1660963.1