UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>―――――――――――――――――――<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL  60606<br><br>                    Plaintiff,<br><br>        -against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY  10017<br><br>                    Defendants. | <br><br><br><br><br><br><br><br>MISCELLANEOUS ACTION FILE<br><br><br>CASE NO. 1:06MC00301 (RJL) |

**MOTION TO ADMIT
<u>S. RICHARD CARDEN *PRO HAC VICE*</u>**

David T. Ralston, Jr. of Foley & Lardner hereby moves that S. Richard Carden be permitted to appear *pro hac vice* in this matter.  As the attached declaration of Mr. Carden demonstrates:

1. Mr. Carden's full name is Stephen Richard Carden.

2. Mr. Carden's office address is McDonnell Boehnen Hulbert & Berghoff LLP, 300 S. Wacker Drive, Chicago, Illinois 60606.

3. Mr. Carden's office telephone number is 312-935-2365.

4. Mr. Carden is admitted to the bar of the State of Illinois.

5. Mr. Carden has not been disciplined by any bar.

6. Mr. Carden is admitted to the United States District Court for the Northern District of Illinois.

7. Mr. Carden has not been admitted *pro hac vice* in this Court in the past two years.

WHEREFORE, movant respectfully prays that S. Richard Carden be admitted *pro hac vice* as counsel for Trading Technologies International, Inc. in this case.

Respectfully submitted,

FOLEY & LARDNER LLP

By  /s/David T. Ralston, Jr.
     David T. Ralston, Jr.
     D.C. Bar No. 104305

Dated: July 27, 2006

David T. Ralston, Jr.
D.C. Bar No. 104305
Kenneth Krosin
D.C. Bar No. 114330
FOLEY & LARDNER LLP
Washington Harbour
3000 K street NW, Suite 500
Washington, DC  20007-5143