IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br>_____<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>                        Plaintiff,<br><br>         -against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br>                       Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO ADMIT S. RICHARD CARDEN *PRO HAC VICE***

     Comes now Trading Technologies International, Inc. and, in support of its motion to admit S. Richard Carden *pro hac vice* in the above-captioned matter, states:

     1        U.S. District Court for the District of Columbia Local Civil Rule 83.2(c) and (d).

     2.       Declaration of S. Richard Carden, attached to the motion.

WHEREFORE, Trading Technologies International, Inc. respectfully requests the Court grant its motion to admit S. Richard Carden *pro hac vice* in the above-captioned matter.

> Respectfully submitted,
>
> Foley & Lardner LLP
>
> By /s/ David T. Ralston, Jr.
> David T. Ralston, Jr.
> D.C. Bar No. 104305

Dated: July 25, 2006

David T. Ralston, Jr.
D.C. Bar No. 104305
Kenneth E. Krosin
D.C. Bar No. 114330
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 500
Washington, DC 20007-5143
(202) 672-5300