UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>———<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>                   Plaintiff,<br><br>  -against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>                   Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

### DECLARATION OF S. RICHARD CARDEN IN SUPPORT OF MOTION TO ADMIT S. RICHARD CARDEN *PRO HAC VICE*

I, S. Richard Carden, hereby declare and submit:

1. I am a partner in the law firm of McDonnell Boehnen Hulbert & Berghoff LLP, and seek to be admitted *pro hac vice* to represent Trading Technologies International, Inc. in this matter. I am also counsel for Trading Technologies International, Inc., in the other five patent infringement actions pending in the U.S. District Court for the Northern District of Illinois, which are being coordinated for certain proceedings with the underlying case here.

2. My full name is Stephen Richard Carden.

3. My office address is McDonnell Boehnen Hulbert & Berghoff LLP, 300 S. Wacker Drive, Chicago, Illinois 60606.

4. My office telephone number is 312-935-2365.

5. I was admitted to the bar of the State of Illinois in 1999, and have been continuously in good standing in that bar from my admission in 1999 to the present

date. I am also in good standing in the bar of the United States District Court for the Northern District of Illinois, where I was also admitted in 1999.

6. I have never been disciplined by any bar.

7. I have not been admitted *pro hac vice* in this Court in the past two years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2006, at Chicago, Illinois.

*/s/ S. Richard Carden*
S. Richard Carden

S. Richard Carden
McDonnell Boehnen Hulbert & Berghoff LLP
300 S. Wacker Drive
Chicago, Illinois 60606
312-935-2365

2