UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>---<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL  60606<br><br>                Plaintiff,<br><br>    -against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY  10017<br><br>                Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

**[Proposed] ORDER**

It is hereby ordered that S. Richard Carden is granted permission to appear pro hac vice on behalf of Foley & Lardner LLP in this cause.


Date: _____              _____
                                                                 United States District Judge


David T. Ralston, Jr.
D.C. Bar No. 104305
Kenneth Krosin
D.C. Bar No. 114330
FOLEY & LARDNER LLP
Washington Harbour
3000 K street NW, Suite 500
Washington, DC  20007-5143