UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 2 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN RE: )
)
Foley & Lardner )
Subpoena Enforcement Matter )
)
Trading Technologies International, Inc., )
222 South Riverside Plaza, Suite 1100 )
Chicago, IL 60606 ) Miscellaneous Action File
)
      Plaintiff, )
) Case No. 1:06mc00301 (RJL)
      v. )
)
GL Consultants, Inc., et al., )
261 Madison Avenue )
New York, NY 10017 )
)
)
      Defendants. )

## ORDER
(August 2, 2006) [# 2, # 18]

Upon consideration of the parties' submissions, arguments made on August 1, 2006, and the entire record herein this 2d, day of August, it is hereby

**ORDERED** that [#18] Motion for This Court to Stay and Remit GL Trade Americas' Motion to Compel Against Its Attorneys, Foley & Lardner LLP, to Judge James B. Moran for Recommendation by Trading Technologies International, Inc. is GRANTED; it is further

**ORDERED** that [#2] Motion to Compel and Request for Expedited Relief by GL Consultants Inc. is STAYED and REMITTED to the Honorable James B. Moran of the Northern District of Illinois.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge