UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><hr>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>　　　　　　　　　　　Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

**Joint Motion of Trading Technologies International, Inc. and Foley & Lardner LLP
Requesting that this Court Accept the Recommendation
of Judge James B. Moran To Deny GL Trade Americas'
<u>Motion To Compel Against Foley & Lardner LLP</u>**

Trading Technologies International, Inc. ("TT") and Foley & Lardner LLP ("F&L") respectfully move that this Court adopt the Recommendation of U.S. District Judge James B. Moran that this Court deny the Motion to Compel filed by GL TradeAmericas, Inc. ("GL") against F&L, and vacate the stay entered by this Court on August 2, 2006 as moot. In support of this Motion, TT and F&L submit the accompanying Memorandum in Support. The Recommendation of Judge Moran is attached as Exhibit A to the Memorandum.

WHEREFORE, TT and F&L respectfully request that this Court enter an Order, consistent with Judge Moran's recommendation that GL's motion to compel be denied, that GL's motion to compel is denied and the stay entered by this Court on August 2, 2006 is vacated as moot.

Dated:  August 22, 2006

/s/ Jennifer M. Kurcz
Jennifer M. Kurcz (*pro hac vice*)
Matthew A. Sampson (*pro hac vice*)
MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone:  312-913-0001
Fax:  312-913-0002
**Attorneys for Trading Technologies International, Inc.**


/s/ David T. Ralston, Jr.
David T. Ralston, Jr.
D.C. Bar No. 104305
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 500
Washington, DC  20007-5143
Telephone:  202-672-5300
Fax:  202-672-5399
**Attorneys for Foley & Lardner LLP**

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>---<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>        Plaintiff,<br><br>-against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>        Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

**Memorandum in Support of Joint Motion of Trading Technologies International, Inc. and Foley & Lardner LLP Requesting that this Court Accept the Recommendation of Judge James B. Moran To Deny GL Trade Americas'**
<u>**Motion To Compel Against Foley & Lardner LLP**</u>

In support of the above-captioned Joint Motion of Trading Technologies International, Inc. ("TT") and Foley & Lardner LLP ("F&L"), TT and F&L state:

1. GL TradeAmericas, Inc. ("GL") filed a motion to compel related to a Rule 45 subpoena served on F&L at its Washington, D.C. office concerning discovery in a patent infringement lawsuit between TT and GL pending in the United States District Court for the Northern District of Illinois in coordinated proceedings being administered by Judge James B. Moran.

2. Following a hearing on GL's motion held on August 1, 2006, this Court entered an Order dated August 2, 2006, which stayed GL's Motion to Compel and remitted that motion to Judge Moran for a recommendation regarding the disposition of that motion.

WASH_1673594.1

3.  Judge Moran subsequently entered a minute order recommending that this Court deny GL's motion. See [#134] Minute Entry, dated August 8, 2006, attached hereto as Exhibit A, which was entered on the docket of the Northern District of Illinois on August 11, 2006. The minute order, in pertinent part, stated:

> Court recommends that GL's and Future Path's motion to compel Foley & Lardner to comply with Rule 45 subpoena, pending in the district court of the District of Columbia, be denied.

Wherefore, TT and F&L respectfully request that this Court enter an Order consistent with Judge Moran's recommendation that GL's motion to compel be denied, and the stay entered by this Court on August 2, 2006 be vacated as moot.

Dated: August 22, 2006

/s/ Jennifer M. Kurcz
Jennifer M. Kurcz (*pro hac vice*)
Matthew A. Sampson (*pro hac vice*)
**MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP**
300 South Wacker Drive
Chicago, Illinois 60606
Telephone: 312-913-0001
Fax: 312-913-0002
**Attorneys for Trading Technologies International, Inc.**

/s/ David T. Ralston, Jr.
David T. Ralston, Jr.
D.C. Bar No. 104305
**FOLEY & LARDNER LLP**
Washington Harbour
3000 K Street NW, Suite 500
Washington, DC 20007-5143
Telephone: 202-672-5300
Fax: 202-672-5399
**Attorneys for Foley & Lardner LLP**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Foley & Lardner<br>Subpoena Enforcement Matter<br><br>Trading Technologies International, Inc.,<br>222 South Riverside Plaza, Suite 1100<br>Chicago, IL 60606<br><br>Plaintiff,<br><br>-against-<br><br>GL Consultants, Inc., et al,<br>261 Madison Avenue<br>New York, NY 10017<br><br>Defendants. | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:06MC00301 (RJL) |

**ORDER DENYING MOTION TO COMPEL
AND VACATING STAY AS MOOT**

Upon consideration of the parties' submissions, this Court's Order entered on August 2, 2006, the minute order of the United States District Court for the Northern District of Illinois reflecting the recommendation of Judge James M. Moran as requested by this Court, and the entire record herein,

IT IS HEREBY ORDERED this ___ day of August, 2006 that [#2] Motion to Compel and Request for Expedited Relief by GL Consultants is DENIED and the stay entered by this Court on August 2, 2006, is vacated as moot.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

Dated: August ___, 2006

WASH_1673607.1