Attachment A

to

Memorandum in Support of Joint Motion of Trading Technologies International, Inc. and Foley & Lardner LLP Requesting that this Court Accept the Recommendation of Judge James B. Moran To Deny GL Trade Americas' Motion To Compel Against Foley & Lardner LLP

From: usdc_ecf_ilnd@ilnd.uscourts.gov [mailto:usdc_ecf_ilnd@ilnd.uscourts.gov]
Sent: Friday, August 11, 2006 9:43 AM
To: ecfmail_ilnd@ilnd.uscourts.gov
Subject: Activity in Case 1:05-cv-04120 Trading Technologies International, Inc. v. GL Consultants, Inc et al \"status hearing\"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 2.5

Notice of Electronic Filing

The following transaction was received from ldg, entered on 8/11/2006 at 9:42 AM CDT and filed on 8/8/2006
**Case Name:**    Trading Technologies International, Inc. v. GL Consultants, Inc et al
**Case Number:**    1:05-cv-4120
**Filer:**
**Document Number:** 134

Docket Text:
MINUTE entry before Judge James B. Moran ;Status hearing held on 8/8/2006. GL's and FuturePath's motion for partial summary judgment was entered and continued. Court recommends that GL's and FuturePath's motion to compel Foley & Lardner to comply with Rule 45 subpoena, pending in the district court of the District of Columbia, be denied. Foley & Lardner has represented to defendants that it has turned over all communications regarding the patents-in-suit. If, in the exercise of caution, Foley & Lardner included on its privilege log communication with TT that is not actually privileged, TT knows of those communications and we assume has disclosed them. Parties may submit post-Markman hearing briefs addressing discrete issues not already covered within 7 days from the date of the hearing. TT should produce the disk containing Mr. Silverman's files to opposing parties.Mailed notice (ldg, )

The following document(s) are associated with this transaction:

1:05-cv-4120 Notice will be electronically mailed to:

Michael M. Conway    mconway@foley.com

James R. Branit    jbranit@bullarocarton.com

Brian W. Norkett    bnorkett@bullarocarton.com

Leif R. Sigmond    sigmond@mbhb.com

EXHIBIT A

Steven F. Borsand    steve.borsand@tradingtechnologies.com

Matthew J. Sampson    sampson@mbhb.com

George I. Lee    lee@mbhb.com

Philippe Bennett    pbennett@alston.com

Lara A. Holzman    lholzman@alston.com

Marcus Jay Thymian    thymian@mbhb.com

S. Richard Carden    carden@mbhb.com, uzandenis@mbhb.com

Jennifer M Kurcz    kurcz@mbhb.com

Dennis David Crouch    crouch@mbhb.com

Lora A. Moffatt    lmoffatt@salans.com, majitsingh@salans.com

Alison G. Naidech    anaidech@salans.com, apabon@salans.com, psmaylovsky@salans.com, ! lsanchez@alston.com, pbennett@alston.com, lholzman@alston.com, mburns@alston.com, nclayton@alston.com

Michelle Lynn McMullen-Tack    mcmullen-tack@mbhb.com

James Frank Cirincione    jcirincione@foley.com

Walter Scott    wscott@alston.com

**1:05-cv-4120 Notice will be delivered by other means to:**
Paul H. Berghoff
McDonnell, Boehnen, Hulbert & Berghoff, Ltd.
300 South Wacker Drive
29th Floor
Chicago IL 60606